UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DENINE K. KOCHANEK,

Plaintiff,

**-v.-**

Civil Action No.
5:08-cv-310 (GLS/VEB)

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

---

APPEARANCES: OF COUNSEL:

**FOR THE PLAINTIFF:**

Olinsky, Shurtliff Law Firm — JAYA SHURTLIFF, ESQ.
300 S. State Street
5th Floor
Syracuse, New York 13202

**FOR THE DEFENDANT:**

Social Security Administration — VERNON NORWOOD, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed April 13, 2010. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed April 13, 2010 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the decision of the Commissioner is reversed, and that the case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Report and Recommendation, and it is further

ORDERED, that the Clerk enter judgment and close the case, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties.

IT IS SO ORDERED

Dated: April 28, 2010
Albany, New York

Gary L. Sharpe
U.S. District Judge